# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**BRIAN PITTY**

*Plaintiff*

v.

Civil Action No.: **1:13–CV–10093–JCB**

**EOS CCA, ET AL.**

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    EOS CCA
    700 Longwater Drive
    Norwell, Massachusetts 02061

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:
    Sergei Lemberg, Esq.
    Lemberg & Associates, LLC
    1100 Summer Street
    Stamford, CT 06905

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SARAH ALLISON THORNTON**

*CLERK OF COURT*

 /s/ – Matthew Paine

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2013–01–16 09:15:51.0**, Clerk USDC DMA

Civil Action No.: 1:13-CV-10093-JCB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __EOS CCA__
was received by me on (date) __1/23/13__.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individuals last known address; or

☑ I served the summons on (name of individual) __Peter Garland, Compliance__ who is
designated by law to accept service of process on behalf of (name of organization) __EOS CCA__
_____ on (date) __1/23/13__ ; or

☐ I returned the summons unexecuted because _____ ; or

Other (specify) :

My fees are $ __65⁰⁰__ for travel and $ _____ for services, for a total of $ __65.00__.

I declare under penalty of perjury that this information is true.

__1/27/13__
Date

_____
Server's Signature

__Merrill Smallwood, Constable__
Printed name and title

__82 Broad St 153 Boston, MA 02110__
Server's Address

Additional information regarding attempted service, etc: