# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Brian Pitty, | : |
|                 Plaintiff, | : Civil Action No.: 1:13-cv-10093-JCB |
| v. | : |
| EOS CCA; and DOES 1-10, inclusive, | : |
|                 Defendants. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Brian Pitty ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 14, 2013

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg, Esq.
BBO No.: 650671
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By /s/ Sergei Lemberg
                                              Sergei Lemberg, Esq.